1   Janice Vaughn Mock (CA215168)
    jvaughnmock@nossaman.com
2   Patrick J. Richard (CA131046)
    prichard@nossaman.com
3   Nossaman LLP
    50 California Street, 34th Floor
4   San Francisco, CA 94111
    Telephone:  415.398.3600
5   Facsimile:  415.398.2438

6   ATTORNEYS FOR FEDERAL DEPOSIT INSURANCE
    CORPORATION, AS RECEIVER FOR INDYMAC
7   BANK, FSB

8

9

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13  BARBARA R. LUEVANO,                    Case No:  1:08-cv-01724-OWW-DLB

14            Plaintiff,                   Date:       TBA
                                           Time:       TBA
15       vs.                               Dept:       TBA

16  EXPRESS CAPITAL LENDING, a California      ASSIGNED FOR ALL PURPOSES TO:
    Corporation, MORTGAGE ELECTRONIC             The Honorable Oliver W. Wanger
17  REGISTRATION SYSTEMS, INC., a
    Delaware Corp., INDYMAC BANK, FSB, a           REFERRED TO:
18  Delaware Corp., QUALITY LOAN SERVICE      Magistrate Judge Dennis L. Beck
    CORPORATION, a California Corp., and
19  JOHN & JANE DOES 1–10,                 ORDER STAYING PROCEEDINGS
                                           PENDING EXHAUSTION OF
20            Defendants.                  STATUTORILY MANDATED
                                           ADMINISTRATIVE REMEDIES
21
                                           Date Action Filed: 11/10/2008
22

23

24

25

26

27

28

08cv1724.stay.DOC                                    Case No. 1:08-cv-01724-OWW-DLB

ORDER STAYING PROCEEDINGS PENDING EXHAUSTION OF STATUTORILY MANDATED ADMINISTRATIVE
REMEDIES

PDF created with pdfFactory trial version www.pdffactory.com

1

## <u>ORDER</u>

2      Pursuant to the Joint Stipulation for Order Staying Proceedings Pending Exhaustion of

3   Statutorily Mandated Administrative Remedies, and good cause appearing therefore, IT IS

4   HEREBY ORDERED that this action is stayed until the earlier of 180 days from the filing of

5   Plaintiffs claim with the FDIC as Receiver for defendant IndyMac Bank, F.S.B. (the "Receiver")

6   or ten days after the Receiver has tendered a final determination upon Plaintiffs' claim.

7

8   Dated:  February 18, 2009          /s/ OLIVER W. WANGER
                                      THE HONORABLE OLIVER W. WANGER
9                                      UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER STAYING PROCEEDINGS PENDING EXHAUSTION OF STATUTORILY MANDATED ADMINISTRATIVE
REMEDIES

PDF created with pdfFactory trial version www.pdffactory.com