John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiff
BARBARA R. LUEVANO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| BARBARA R. LUEVANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EXPRESS CAPITAL LENDING, a California Corp.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corp. INDYMAC BANK FSB, a Delaware Corp., QUALITY LOAN SERVICE CORPORATION, a California Corp,, and JOHN & JANE DOES 1 – 10;<br><br>Defendants. | Case No.: **1:08-cv-01724-OWW-DLB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)(1)(A)(i)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff BARBARA R. LUEVANO has filed and served on all parties a Notice of Voluntarily Dismissal.

/ / /

-1-

NOTICE OF VOLUNTARY DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

IT IS ORDERED that the stay ordered February 23, 2009, is lifted in the above-captioned action, *BARBARA R. LUEVANO v. EXPRESS CAPITAL LENDING, et al.*, Case Number 1:08-cv-01724-OWW-DLB, and this action hereby is, dismissed with prejudice.

Dated: 6/26/2009          /s/ OLIVER W. WANGER
                          United States District Court Judge